UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL ANGELO BURNETT #200640,

     Plaintiff,

                                  Case No. 2:25-cv-203

v.

                                   HONORABLE PAUL L. MALONEY

BRENDA BUCHANAN,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed an amended complaint on January 20, 2026.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the Magistrate Judge issued a Report and Recommendation on February 6, 2026 recommending that the amended complaint be dismissed in part.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 21) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Amended Complaint is DISMISSED IN PART for the reasons stated in the Report and Recommendation.  Specifically, all claims contained in the Amended Complaint are dismissed except for Plaintiff's Eighth Amendment claims of denial of medical care against Defendants Buchanan and Russo arising from Plaintiff's pre-cancerous/cancerous condition.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.


Dated:  March 12, 2026                                    /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge

2