UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL ANGELO BURNETT, #200640,    )
                        Plaintiff,    )
                                      )        No. 2:25-cv-203
-v-                                   )
                                      )        Honorable Paul L. Maloney
BRENDA BUCHANAN, *et al.*,            )
                        Defendants.   )
                                      )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Michael Burnett, a prisoner under the control of the Michigan Department of Corrections, alleges Defendants violated his civil rights.  Plaintiff proceeds without the assistance of counsel.  Defendant Buchanan filed a motion for summary judgment raising the failure to exhaust as a defense (ECF no. 15).  The Magistrate Judge issued a report recommending the court grant Defendant's motion (ECF No. 35).  Plaintiff filed objections (ECF No. 42).

After being served with a report and recommendation (R&R) issued by a magistrate judge, a party has fourteen days to file written objections to the proposed findings and recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  A district court judge reviews de novo the portions of the R&R to which objections have been filed.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  Only those objections that are specific are entitled to a de novo review under the statute.  *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam).

The court finds that Plaintiff's objections do not establish any error in the Magistrate Judge's findings of fact or conclusions of law.  MDOC identified a proper reason for rejecting Plaintiff's grievance.  The Magistrate Judge set forth the relevant provisions and deadlines in the Policy Directive concerning Grievances and concludes Plaintiff did not properly exhaust his grievance against Defendant Buchanan.  Plaintiff has not established that the requirements in the Policy Directive for Grievances do not apply to disputes about health care services.

Accordingly, the court **ADOPTS** the report and recommendation (ECF No. 35) and **GRANTS** Defendant Buchanan's motion for summary judgment (ECF No. 15).  **IT IS SO ORDERED.**

Date:    April 14, 2026                                        /s/  Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge