UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ANGELO BURNETT, #200640, Plaintiff, | ) | |
| -v- | ) | No. 2:25-cv-203 |
| DAYNA RUSSO, Defendant. | ) | Honorable Paul L. Maloney |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On April 20, 2026, Defendant Dayna Russo filed a motion for summary judgment raising exhaustion of administrative remedies. ECF No. 47. Plaintiff Burnett did not file any response. On August 19, 2026, the Magistrate Judge issued a report recommending the court grant Defendant's motion. ECF No. 75. Plaintiff filed objections. ECF No. 80. The court will adopt the report and recommendation.

Rule 72(a) allows a party to object to a ruling by a magistrate judge by filing objections in the district court where the case is assigned. Fed. R. Civ. P. 72(a). Under the Rule, the district court judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.*

The Magistrate Judge concluded that Plaintiff did not timely exhaust the grievance procedure. Plaintiff is a prisoner with the Michigan Department of Corrections. Under the relevant Policy Directive, a prisoner has five business days to file a grievance after trying to resolve the issue with the relevant staff. Plaintiff's grievance identifies the date of the incident as November 19, 2025. He attempted to resolve the issue on November 25. MDOC

received the grievance on December 3, six business days after November 19. MDOC rejected the grievance as untimely at all three stages of the process.

Plaintiff objects. He asserts, for the first time, MDOC placed him in temporary segregation on November 25. Plaintiff further asserts that no one provided him a grievance form or pen and he could not access his personal papers until December 1.

The court overrules Plaintiff's objection. During the grievance process, Plaintiff did not raise the issue of segregation as an explanation for his failure to timely file the grievance. He did not file a response to the motion for summary judgment and raise the issue. As a result, the Magistrate Judge could not consider whether Plaintiff lacked access to the grievance process. The court declines to find that the Magistrate Judge erred when Plaintiff did not present the information any time prior to the objection.

Therefore, the court **ADOPTS** the report and recommendation. ECF No. 75. The court **GRANTS** Defendant Russo's motion for summary judgment. ECF No. 47. **IT IS SO ORDERED.**

Date: October 21, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge